| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| Person Reporting (Last name, First name, Middle initial)<br>Battani, Marianne O | 2. Court or Organization<br>USDC, Eastern Distict of MI | 3. Date of Report<br>5/12/2005 |
|---|---|---|
| Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>J. S. District Judge, active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| Chambers or Office Address<br><br>:31 West Lafayette<br>Detroit, Michigan 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

⎤ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Motion Practice Course, oral argument judge | Cooley Law School |
| 2. | |

## I. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

⎤ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1982 | State of Michigan Defined Benefit Plan(pension) |
| 2. 1982 | County of Wayne Defined Benefit Plan(pension) |

RECEIVED MAY 16 2 PM '05 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O | 5/12/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Cooley Law School, compensation | 600.00 |
| 2. | 2004 | Michigan Judges' Retirement System | 36,311.00 |
| 3. | 2004 | Wayne County Retirement System | 9,192.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

*I*. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

*I*I. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity Ultra Service Account: | | | | | | | | | |
| 2. -Fidelity Accounts(cash, cash equivalent) | A | Int & Div | J | T | | | | | |
| 3. -Fidelity Fund | A | Dividend | J | T | | | | | |
| 4. Fidelity IRA Account: | A | Dividend | M | T | | | | | |
| 5. -Euro Disney stock | | | | | | | | | |
| 6. -Euro Disney bond | | | | | expired | 7/29 | | | |
| 7. -US Treasury Security | | | | | | | | | |
| 8. -Fidelity Contrafund | | | | | | | | | |
| 9. -Fidelity Equity Income II | | | | | | | | | |
| 10. -Fidelity Fund | | | | | | | | | |
| 11. -Fidelity Magellan Fund | | | | | | | | | |
| 12. -Fidelity Puritan | | | | | | | | | |
| 13. -Janus Fund | | | | | | | | | |
| 14. -Fidelity Cash Reserves | | | | | | | | | |
| 15. Walt Disney Stock | A | Dividend | J | T | | | | | |
| 16. American Century Select | A | Dividend | K | T | Buy(monthly) | month | J | | |
| 17. Deferred Compensation 457: | C | Dividend | M | T | | | | | |
| 18. -SSgA S&P Mid Cap | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19.  -SSgA Russell 2000 | | | | | | | | | |
| 20.  -SSgA Aggressive Asset Allocation | | | | | | | | | |
| 21.  -Dodge Cox Stock Fund | | | | | | | | | |
| 22.  -Fidelity Magellan Fund | | | | | | | | | |
| 23.  -Templeton Foreign Fund | | | | | | | | | |
| 24.  -SSgA Bond Market Index Fund | | | | | | | | | |
| 25.  -Strong Corporate Bond | | | | | | | | | |
| 26.  -Lord Abbett Mid Cap Value Fund | | | | | | | | | |
| 27.  Edward Jones IRA Account: | A | Dividend | L | T | | | | | |
| 28.  -Putnam Growth & Income Fund | | | | | | | | | |
| 29.  -Putnam Global Equity Fund | | | | | | | | | |
| 30.  -Putnam New Opportunites Fund | | | | | | | | | |
| 31.  -Putnam Voyager Fund | | | | | | | | | |
| 32.  -Putnam Equity Income Fund | | | | | | | | | |
| 33.  -George Putnam Fund Boston | | | | | | | | | |
| 34.  Edward Jones Single Account | | | | | | | | | |
| 35.  -Cash & cash equivalent | A | Interest | J | T | | | | | |
| 36.  -Federated Strategic Income Fund Cl A | A | Dividend | J | T | Buy | 11/04 | J | | |

| 1. Income/Gain Codes: | A  = $1,000 or less | B  = $1,001-$2,500 | C  = $2,501-$5,000 | D  = $5,001-$15,000 | E  = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F  = $50,001-$100,000 | G  = $100,001-$1,000,000 | H1  = $1,000,001-$5,000,000 | H2  = More than $5,000,000 | |
| 2. Value Codes: | J  = $15,000 or less | K  = $15,001-$50,000 | L  = $50,001-$100,000 | M  = $100,001-$250,000 | |
| (See Columns C1 and D3) | N  = $250,000-$500,000 | O  = $500,001-$1,000,000 | P1  = $1,000,001-$5,000,000 | P2  = $5,000,001-$25,000,000 | |
| | P3  = $25,000,001-$50,000,000 | | P4  = $More than $50,000,000 | | |
| 3. Value Method Codes | Q  = Appraisal | R  = Cost (Real Estate Only) | S  = Assessment | T  = Cash/Market | |
| (See Column C2) | U  = Book Value | V  = Other | W  = Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Battani, Marianne O | 5/12/2005 |

VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 7. - Federated Strategic Income Fund CI A | | | | | Buy | 12/9 | J | | |
| 8. - Federated Strategic income Fund CI A | | | | | Buy | 12/28 | J | | |
| 9. JP Morgan Chase Bank Accounts (cash) (formerly BankOne) | A | Interest | J | T | | | | | |
| 0. MassMutual: whole life policy | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | HI = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Battani, Marianne O | 5/12/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part VII
  Line 6:  This bond basically has had no value and expired this year on 7/29 with a value listed as  $0.0.
  Lines 18,19,20,24:  SSgA is the symbol for State Street Global Advisors.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Battani, Marianne O | 5/12/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date____ 5- 12. 2005 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544